■ Louis Hock et al., Respondents, v Builtland Partners, Appellant and Third-Party Plaintiff and Second Third-Party Plaintiff, et al., Defendant. Ogden Allied Services, Third-Party Defendant-Appellant and Third Third-Party Defendant, et al., Second Third-Party Defendant and Third Third-Party Plaintiff. [650 NYS2d 545] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered on or about July 11, 1995,

unanimously affirmed for the reasons stated by Miller, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ. *[See,* 165 Misc 2d 1032.]